JACOB S. FRIEDMAN, Jr., as Assignee, etc., Respondent, *v.* ISAAC BIERMAN et al., Appellants.

(Argued February 3, 1885 ; decided March 3, 1885.)

*Daniel Clark Briggs* for appellants.

*C. M. Parke* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

KATE T. RYCKMAN, Respondent, *v.* GARRETT W. RYCKMAN, Appellant.

(Argued February 3, 1885 ; decided March 3, 1885.)

*C. E. Rushmore* for appellant.

*John Henry Hull* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

BENJAMIN WRIGHT, as Receiver, etc., Respondent, *v.* MARY A. NOSTRAND, as Receiver, etc., Appellant.

(Argued February 3, 1885 ; decided March 3, 1885.)

*Edward P. Wilder* for appellant.

*Henry D. Betts* for respondent.

*Per curiam* mem. for affirmance.
All concur.
Order affirmed.